```
 1  TRACY L. WILKISON
    United States Attorney
 2  DAVID M. HARRIS
 3  Assistant United States Attorney
    Chief, Civil Division
 4  CEDINA M. KIM
 5  Assistant United States Attorney
    Senior Trial Attorney, Civil Division
 6  PAUL SACHELARI, CSBN 230082
 7  Special Assistant United States Attorney
 8        Social Security Administration
          160 Spear St., Suite 800
 9        San Francisco, CA  94105
10        Telephone: (510) 970-4853
          Facsimile: (415) 744-0134
11        Email: paul.sachelari@ssa.gov
12  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENISE ZUNIGA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:20-cv-11165-JPR<br><br>**JUDGMENT OF REMAND** |

　　　The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further

///

///

proceedings consistent with the Stipulation of Remand.

DATED: January 10, 2022

_____
HON. JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE